AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 18 JUL '18 15:49 USDC-ORP

ICE DETAINEE #1     )
                    )
                    )
_Petitioner_        )
                    )
v.                  )     Case No. 3:18-CV-1279-MO
                    )     _(Supplied by Clerk of Court)_
JOSIAS SALAZAR, Warden, FCI Sheridan, and )
ELIZABETH GODFREY, Acting Field Officer Director, )
Seattle Field Office, ICE.  )
_Respondent_
_(name of warden or authorized person having custody of petitioner)_

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: ICE DETAINEE #1 (alias)
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: Sheridan Federal Detention Center,
   (b) Address: 27072 SW Ballston Rd, Sheridan, OR 97378

   (c) Your identification number: *****-461
3. Are you currently being held on orders by:
   ☑ Federal authorities     ☐ State authorities     ☐ Other - explain:

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)

   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you:
      (b) Docket number of criminal case:
      (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☑ Other _(explain)_: I am being held in a federal prison under punitive conditions even though I am a civil immigration detainee.

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

# 79 065

☐ Pretrial detention
☑ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: __I challenge the constitutionality of holding me in a federal prison under punitive conditions with federal prisoners when I am only seeking immigration process.__

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: __I have not seen a judge and I have been at the prison for 48 days as of July 18, 2018.  ICE is holding me here.__
   (b) Docket number, case number, or opinion number: _____
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   _____
   _____

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes           ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____
       _____
       _____
       _____
       _____
       _____
       _____

   (b) If you answered "No," explain why you did not appeal: __I do not know who can help me.__
   __The Federal Public Defender has written to the warden to bring attention to the conditions under which I am being held, but the improvements have not ended the punitive incarceration.__

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes           ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes          ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____

    (b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☑ No

If "Yes," answer the following:

(a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes          ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes ☐ No
If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes ☑ No
If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____
_____
_____
_____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes      ☐ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____
_____
_____
_____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes      ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____
_____
_____
_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Even though I am an immigration detainee, I am being held in indefinite, punitive confinement in a federal prison among convicted and criminally-charged persons in violation of applicable statutes and the due process clause of the Fifth Amendment.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

See my attached statement and the Declaration of William Teesdale in support of the petition, with exhibits.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes         ☐ No

**GROUND TWO:** The agency decision to place mass numbers of immigration detainees in federal prisons was reached without opportunity for notice and comment by the community, in violation of rule-making requirements under the Administrative Procedure Act, and the agency action was arbitrary, capricious, and otherwise not in accordance with law, all in violation of the laws and Constitution of the United States (due process /Fifth Amend.).

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

See my attached statement and the Declaration of William Teesdale in support of the petition, with exhibits.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes         ☐ No

**GROUND THREE:** I was separated from my family by the government in violation of my right to substantive due process under the Fifth Amendment.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

See my attached statement and the Declaration of William Teesdale in support of the petition, with exhibits.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes         ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

## Request for Relief

15. State exactly what you want the court to do:  I ask to be released to the community on conditions, after a hearing at which I will be able to show that I have a community sponsor, am not a danger or a flight risk, and I will appear for any court proceedings as required. I ask for whatever other relief the Court can provide, as law and justice require.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

Page 9 of 9

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:    07/18/2018                                    ICE DETAINEE #1
_____                   _____
                                                               *Signature of Petitioner*

                                                           [signature]
                                                _____
                                                *Signature of Attorney or other authorized person, if any*
                                                         Federal Public Defender