FILED18 JUL '18 1554 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ICE DETAINEE #1

        Plaintiff,

v.

JOSIAS SALAZAR, Warden FCI Sheridan;

        Respondents

Case No. 3:18-CV-1279-MO

DECLARATION IN SUPPORT OF HABEAS PETITION

1. I, ▮▮▮▮▮ am an immigration detainee at the Sheridan Federal Detention Center in Sheridan Oregon. I ask to proceed under a pseudonym because I fear government retaliation if my true name were disclosed. This is my true statement.

2. I arrived at the detention center on _May 31st, 2018_.

3. Statement about language barrier: I have questions about my family and nobody tells me anything. I don't bother requesting things that I need, because nobody understands me. I have not been given information in my language.

4. I have _1_ other people in my cell. The conditions I experience are: I spent almost 30 days with 3 people in my cell. It was extremely uncomfortable. It was noisy and we all wanted different things. When one of us wanted to sleep, others were making noise. I had to eat in bed next to the toilet.

ICE DETAINEE #1

5. Statement about effect of being in a cell:

I have problems with depression and my mind is always racing. I have to cry into my pillow. I have suicidal thoughts but then I remember my family. My family is all that keeps me going but it is hard being trapped in this terrible place.

6. I have observed the medical care available to detainees:

Nobody told me how to access medical services, so I never ask for them. A guy in the cell next to me has been requesting medical attention for a week and has not gotten it.

7. Statement about food:

I am never full. They give us tiny portions, and it tastes awful. They hurry us through meals.

8. Statement about family contact, social and religious visits:

I want to speak to a priest and they won't allow me to.

9. What I have witnessed of the experience of other detainees:

ICE DETAINEE #1

10. What I want the judge to know about my experience here at the detention Center and my requests:

Please make Things better here. They have improved but we are still treated worse than the criminals. I need to see my family. I feel so depressed here without them. Whenever I call my son, I can't speak to him because he cries too much

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct; that the statements set forth above are based on my own knowledge, except where otherwise indicated, and I believe those statements to be true; and that this declaration was executed on June 28, 2018, in Yamhill county, Oregon.



ICE DETAINEE #1