IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ICE DETAINEE #1,**

    Petitioner,

v.

**JOSIAS SALAZAR,**
**Warden, FCI Sheridan,**

**ELIZABETH GODFREY,**
**Acting Field Office Director,**
**Seattle Field Office, ICE,**

    Respondents.

Case No. 3:18-cv-01279-MO

Order Granting Motion to Voluntarily Dismiss Petition for Writ of Habeas Corpus

**MOSMAN, J.**

    I GRANT the Motion to Voluntarily Dismiss Petition for Writ of Habeas Corpus [42] filed on behalf of the petitioner in the above captioned case and on behalf of each anonymous and named detainee in the cases listed here:

    3:18-cv-01280-MO

    3:18-cv-01281-MO

    3:18-cv-01282-MO

    3:18-cv-01283-MO

    3:18-cv-01289-MO

    3:18-cv-01290-MO

1 – ORDER GRANTING MOTION TO VOLUNTARILY DISMISS PETITION FOR WRIT OF HABEAS CORPUS

3:18-cv-01291-MO

3:18-cv-01292-MO

3:18-cv-01293-MO

3:18-cv-01294-MO

3:18-cv-01295-MO

3:18-cv-01296-MO

3:18-cv-01297-MO

3:18-cv-01298-MO

3:18-cv-01299-MO

3:18-cv-01301-MO

3:18-cv-01302-MO

3:18-cv-01303-MO

3:18-cv-01304-MO

3:18-cv-01305-MO

3:18-cv-01306-MO

3:18-cv-01307-MO

3:18-cv-01308-MO

3:18-cv-01309-MO

3:18-cv-01310-MO

3:18-cv-01311-MO

3:18-cv-01313-MO

3:18-cv-01314-MO

3:18-cv-01315-MO



3:18-cv-01312-MO

3:18-cv-01316-MO

3:18-cv-01317-MO

3:18-cv-01319-MO

3:18-cv-01320-MO

3:18-cv-01321-MO

3:18-cv-01322-MO

3:18-cv-01323-MO

3:18-cv-01324-MO

3:18-cv-01325-MO

3:18-cv-01326-MO

3:18-cv-01327-MO

3:18-cv-01328-MO

3:18-cv-01329-MO

3:18-cv-01330-MO

3:18-cv-01331-MO

3:18-cv-01333-MO

3:18-cv-01334-MO

3:18-cv-01335-MO

3:18-cv-01336-MO

3:18-cv-01337-MO

3:18-cv-01342-MO

3:18-cv-01343-MO

3:18-cv-01344-MO

3:18-cv-01345-MO

3:18-cv-01346-MO

3:18-cv-01347-MO

3:18-cv-01348-MO

3:18-cv-01349-MO

3:18-cv-01350-MO

3:18-cv-01351-MO

3:18-cv-01352-MO

3:18-cv-01353-MO

3:18-cv-01354-MO

3:18-cv-01355-MO

3:18-cv-01356-MO

3:18-cv-01358-MO

3:18-cv-01359-MO

3:18-cv-01360-MO

3:18-cv-01361-MO

3:18-cv-01362-MO

3:18-cv-01363-MO

3:18-cv-01364-MO

3:18-cv-01365-MO

3:18-cv-01803-MO

3:18-cv-01804-MO

*Osorto-Chicas v. Salazar, et al.*, 3:18-cv-01102-MO.

Any motions pending in this case or in the cases listed above are DENIED as moot.

IT IS SO ORDERED.

DATED this 25th day of January 2019.

*Michael W. Mosman*
MICHAEL W. MOSMAN
Chief United States District Judge